McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00057-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | DATE: May 15, 2018 |
| JOSE GREGORIO LUNA, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 15, 2018.

2.      By this stipulation, defendant now moves to continue the status conference until June 12, 2018 at 9:15 a.m., and to exclude time between May 15, 2018, and June 12, 2018 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available

for inspection and copying.

b)     Counsel for defendant desires additional time review the discovery, meet with her client to review the charges, evidence, and defense strategy, conduct investigation, and otherwise prepare for trial.

c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 15, 2018 to June 12, 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1    4.   Nothing in this stipulation and order shall preclude a finding that other

2    provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3    the period within which a trial must commence.

4         IT IS SO STIPULATED.

5

6
     Dated:  May 11, 2018                    McGREGOR W. SCOTT
7                                            United States Attorney

8
                                             /s/ JUSTIN L. LEE
9                                            JUSTIN L. LEE
                                             Assistant United States Attorney
10

11
     Dated:  May 11, 2018                    /s/ JENNIFER GRANGER
12                                           JENNIFER GRANGER
                                             Counsel for Defendant
13                                           JOSE GREGORIO LUNA
                                             (as authorized on May 11, 2018)
14

15

16

17
                            **FINDINGS AND ORDER**
18
          IT IS SO FOUND AND ORDERED this 14th day of May, 2018.
19

20                                           /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
21                                           UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28