1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-00057-JAM

12                    Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL
13          v.                            ACT; FINDINGS AND ORDER

14 JOSE GREGORIO LUNA,                    DATE: June 12, 2018
                                          TIME:  9:15 a.m.
15                    Defendant.          COURT: Hon. John A. Mendez

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on June 12, 2018.

21        2.      By this stipulation, defendant now moves to continue the status conference

22 until August 7, 2018 at 9:15 a.m., and to exclude time between June 12, 2018, and August

23 7, 2018 at 9:15 a.m., under Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the

25 following:

26               a)      The government has represented that the discovery associated with

27        this case includes law enforcement reports, photographs, and audio recordings.  All

28        of this discovery has been either produced directly to counsel and/or made available

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    for inspection and copying.

2        b)     Counsel for defendant desires additional time review the discovery,

3    meet with her client to review the charges, evidence, and defense strategy, conduct

4    investigation, and otherwise prepare for trial.

5        c)     Counsel for defendant believes that failure to grant the above-

6    requested continuance would deny her the reasonable time necessary for effective

7    preparation, taking into account the exercise of due diligence.

8        d)     The government does not object to the continuance.

9        e)     Based on the above-stated findings, the ends of justice served by

10    continuing the case as requested outweigh the interest of the public and the

11    defendant in a trial within the original date prescribed by the Speedy Trial Act.

12        f)     For the purpose of computing time under the Speedy Trial Act, 18

13    U.S.C. § 3161, et seq., within which trial must commence, the time period of June

14    12, 2018, to August 7, 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to

15    18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a

16    continuance granted by the Court at defendant's request on the basis of the Court's

17    finding that the ends of justice served by taking such action outweigh the best

18    interest of the public and the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1     4.     Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4         IT IS SO STIPULATED.

5

6

7  Dated:  June 8, 2018                          McGREGOR W. SCOTT
                                                 United States Attorney

8
                                                 /s/ JUSTIN L. LEE
9                                                JUSTIN L. LEE
                                                 Assistant United States Attorney
10

11
   Dated:  June 8, 2018                          /s/ JENNIFER GRANGER
12                                               JENNIFER GRANGER
                                                 Counsel for Defendant
13                                               JOSE GREGORIO LUNA
                                                 (as authorized on June 7, 2018)
14

15

16

17
                          **FINDINGS AND ORDER**
18
          IT IS SO FOUND AND ORDERED this 8th day of June, 2018.
19

20                                               /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
21                                               UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28