Jennifer M. Granger (SBN 172745)
Attorney at Law
P.O. Box 2514
Nevada City, CA 95959
530-470-0328 phone/530-264-7752 fax

Attorney for Defendant, Jose Gregorio Luna

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ~~PEOPLE OF THE STATE OF CALIFORNIA~~ UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JOSE GREGORIO LUNA,<br><br>*Defendant.* | CASE NO.:<br><br>2:18-CR-00057-JAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO ALLOW DEFENDANT TO TRAVEL TO THE DOMINICAN REPUBLIC |

## **STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin L. Lee, and Defendant, Jose Gregorio Luna, by and through his counsel Jennifer M. Granger, hereby stipulate that Mr. Luna may, with the permission of his pretrial services officer, and pursuant to such conditions as required by his pretrial services officer,

STIPULATION AND ORDER REGARDING TRAVEL TO DOMINICAN REPUBLIC      1

travel to Santo Domingo, Dominican Republic on June 12, 2018 through June 18, 2018 to visit his ailing grandfather and then travel back to the United States.

Mr. Luna has been on pre-trial release since March 23, 2018 and has complied with all terms and conditions of his release.

It is further stipulated that pre-trial services shall return Mr. Luna's passport to him any time after the date of this Order to permit Mr. Luna to travel to the Dominican Republic before June 12, 2018. Mr. Luna must return to the United States no later than June 19, 2018 and must check in with and surrender his passport to his pretrial services officer within 24 hours of his return to the United States, but in no event no later than June 19, 2018.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:   June 5, 2018        McGREGOR W. SCOTT
                             United States Attorney


                             By: /s/ JUSTIN L. LEE
                                 JUSTIN L. LEE
                                 Assistant United States Attorney
                                 (As authorized on May 31, 2018)

Dated:   June 5, 2018        LAW OFFICES OF JENNIFER M. GRANGER


                             By: /s/ JENNIFER M. GRANGER
                                 JENNIFER M. GRANGER
                                 Attorney for Defendant Jose Gregorio Luna

IT IS SO ORDERED:

Dated:   June 8, 2018        _____
                             EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE