McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00057-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE GREGORIO LUNA, | DATE: November 6, 2018 |
| Defendant. | TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 6, 2018.

2. By this stipulation, the defendant now moves to continue the status conference until January 22, 2019 at 9:15 a.m., and to exclude time between November 6, 2018, and January 22, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available

for inspection and copying.

  b) Counsel for defendant desires additional time review the discovery, meet with her client to review the charges, evidence, and defense strategy, conduct investigation, and otherwise prepare for trial.

  c) On September 11, 2018, the parties discussed several issues related to the case, including additional investigation that the defense was conducting.

  d) On October 31, 2018, the parties conferred regarding the status of the case. Defense counsel requested additional follow up discovery from the United States. The United States does not have all of the requested information but will be endeavoring to get all of the requested information. Defense counsel will need time to review and evaluate the additional discovery produced by the United States.

  e) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 6, 2018, to January 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 1, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: November 1, 2018

/s/ JENNIFER GRANGER
JENNIFER GRANGER
Counsel for Defendant
JOSE GREGORIO LUNA
(as authorized on November 1, 2018)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of November, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE