Jennifer M. Granger (SBN 172745)
Attorney at Law
P.O. Box 2514
Nevada City, CA 95959
530-470-0328 phone/530-264-7752 fax

Attorney for Defendant, Jose Gregorio Luna

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>v.<br><br>JOSE GREGORIO LUNA,<br><br>                           Defendant. | CASE NO.:<br><br>2:18-CR-00057-JAM<br><br>STIPULATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT TO TRAVEL TO THE DOMINICAN REPUBLIC |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin L. Lee, and Defendant, Jose Gregorio Luna, by and through his counsel Jennifer M. Granger, hereby stipulate that Mr. Luna may, with the permission of his pretrial services officer, and pursuant to such conditions as required by his pretrial services officer,

STIPULATION AND ORDER REGARDING TRAVEL TO DOMINICAN REPUBLIC       1

ravel to Santo Domingo, Dominican Republic on November 8, 2018 through November 16, 2018 to attend the funeral of his grandfather then travel back to the United States.

Mr. Luna has been on pre-trial release since March 23, 2018 and has complied with all terms and conditions of his release.

It is further stipulated that pre-trial services shall return Mr. Luna's passport to him any time on or after the date of this Order to permit Mr. Luna to travel to the Dominican Republic on November 8, 2018. Mr. Luna must return to the United States no later than November 16, 2018 and must check in with and surrender his passport to his pretrial services officer within 24 hours of his return to the United States, but in no event no later than November 18, 2018.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 8, 2018
McGREGOR W. SCOTT
United States Attorney

By: /s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney
(As authorized on November 8, 2018)

Dated: November 8, 2018
LAW OFFICES OF JENNIFER M. GRANGER

By: /s/ JENNIFER M. GRANGER
JENNIFER M. GRANGER
Attorney for Defendant Jose Gregorio Luna

IT IS SO ORDERED:

Dated: November 8, 2018

CAROLYN DELANEY
UNITED STATES MAGISTRATE JUDGE