McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00057-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE GREGORIO LUNA, | DATE: May 28, 2019 |
| Defendant. | TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 28, 2019.

2. By this stipulation, the defendant now moves to continue the status conference until June 11, 2019 at 9:15 a.m., and to exclude time between May 28, 2019, and June 11, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available

for inspection and copying.

      b)      Counsel for defendant desires additional time review the discovery, meet with her client to review the charges, evidence, and defense strategy, conduct investigation, and otherwise prepare for trial.

      c)      On September 11, 2018, the parties discussed several issues related to the case, including additional investigation that the defense was conducting.

      d)      On October 31, 2018, the parties conferred regarding the status of the case. Defense counsel requested additional follow up discovery from the United States. The United States does not have all of the requested information but will be endeavoring to get all of the requested information. Defense counsel will need time to review and evaluate the additional discovery produced by the United States.

      e)      On January 14, 2019, the parties conferred regarding the status of the case. Defense counsel relayed that, in addition to her discussions and review of evidence with the defendant, she is currently researching the potential impact of the recently-passed First Step Act.

      f)      On February 19, 2019, the parties met and conferred regarding potential resolution of the case and discussed the impact of the First Step Act.

      g)      On March 21, 2019, the parties conferred regarding the status of the case. Defense counsel has asked for the United Stated to provide more information regarding a potential resolution. The parties anticipate providing the Court with a plan for resolution of this matter by the requested status date on May 28.

      h)      On May 24, 2019, the parties conferred regarding the proposed resolution in the case. Defense counsel requested two additional weeks to review the proposed resolution, the discovery in the case, and conduct research to answer questions raised by the defendant. The parties anticipate presenting the Court with a plea agreement on June 11, 2019.

      i)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.

  j)  The government does not object to the continuance.

  k)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  l)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 28, 2019, to June 11, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 24, 2019        McGREGOR W. SCOTT
                    United States Attorney

                    /s/ JUSTIN L. LEE
                    JUSTIN L. LEE
                    Assistant United States Attorney

Dated: May 24, 2019        /s/ JENNIFER GRANGER
                    JENNIFER GRANGER
                    Counsel for Defendant
                    JOSE GREGORIO LUNA
                    (as authorized on May 24, 2019)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of May, 2019.

                                              /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE