1  JENNIFER M. GRANGER (SBN 172745)
   Law Office of Jennifer M. Granger
2  P.O. Box 2514, 224 Main St.
   Nevada City, CA  95959
3  Telephone: (530) 470-0328
   Facsimile:  (530) 264-7752
4

5

6  Attorney for Defendant, Jose Gregorio Luna

7

8                 UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,
12 |                              *Plaintiff.*    | **CASE NO.:**
                                                    2:18-CR-00057-JAM
13 | v.
14 |                                               STIPULATION TO MODIFY
                                                   PRETRIAL SERVICES ORDERS
15 |                                               [~~PROPOSED~~] FINDINGS AND
                                                   ORDER
16 | JOSE GREGORIO LUNA,
17 |                              *Defendant.*
18
19
20

21                        **STIPULATION**

22

23        Plaintiff, United States of America, by and through its counsel of record, Assistant

24 United States Attorney Justin L. Lee, and defendant, Jose Gregorio Luna, by and through his

25 counsel Jennifer M. Granger, hereby stipulate as follows:

26

27

28

1.     On March 23, 2018, Mr. Luna was placed on Special Conditions of Release through the United States Pretrial Services.  Ms. Taifa Gaskins has been his Pretrial Release Program Specialist.

2.     On August 1, 2019, Ms. Gaskins recommended that terms and conditions of  Mr. Luna's Special Conditions of Pretrial Release be modified.  On August 9, 2019, United States Attorney Justin Lee agreed to the modifications as suggested by Ms. Gaskins.

3.     Paragraph 9 of March 23, 2018 Special Conditions of Release is modified to read "You must refrain from use of ***excessive*** alcohol." (Instead of ***any*** alcohol.)

4.     Paragraph 10 requiring drug and/or alcohol testing is to be deleted in its entirety.

5.     Paragraph 13 requiring participation in the cognitive behavioral therapy program is to be deleted in its entirety. Mr. Luna has completed the cognitive behavioral program, known as "MRT."

6.     Paragraph 14 requiring participation in the Better Choices court program ("BCC") is to be deleted in its entirety. Mr. Luna has completed the BCC  program.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:   August 19, 2019           McGREGOR W. SCOTT
                                 United States Attorney

                         By: /s/ JUSTIN L. LEE
                                 JUSTIN L. LEE
                                 Assistant United States Attorney
                                 (As authorized on August 16, 2019)

/////

/////

/////

/////

Dated:   August 19, 2019          LAW OFFICES OF JENNIFER M. GRANGER


                                  By: /s/ JENNIFER M. GRANGER
                                      JENNIFER M. GRANGER
                                      Attorney for Defendant Jose Gregorio Luna


IT IS SO FOUND AND ORDERED, this 20th day of August, 2019.


                                  _____
                                  THE HONORABLE EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE